Donald James ENGEL, Petitioner–Appellant,

v.

**FEDERAL BUREAU OF PRISONS; et al., Respondents–Appellees.**

No. 06–35065.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 21, 2006.*

Filed Dec. 27, 2006.

Donald James Engel, Sheridan, OR, pro se.

Before: GOODWIN, WALLACE and LEAVY, Circuit Judges.

## MEMORANDUM **

Donald James Engel appeals pro se from the district court's judgment denying his 28 U.S.C. § 2241 petition challenging the Bureau of Prisons' ("BOP") method for calculating good-time credits. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Engel contends that the BOP's procedure for calculating good-time credits un-

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

der 18 U.S.C. § 3624(b) contradicts the plain language of the statute, is contrary to legislative intent, offends the Rule of Lenity, is not entitled to *Chevron* deference, and is unconstitutional. These contentions are foreclosed by *Mujahid v. Daniels,* 413 F.3d 991, 998–99 (9th Cir.2005), and *Pacheco–Camacho v. Hood,* 272 F.3d 1266, 1270–72 (9th Cir.2001). We reject Engel's contention that *Pacheco–Camacho* has been overruled by the concurring opinion in *Crandon v. United States,* 494 U.S. 152, 177–78, 110 S.Ct. 997, 108 L.Ed.2d 132 (1990). Accordingly, the district court's judgment is affirmed.

Engel's motion for the appointment of counsel is denied.

**AFFIRMED.**